RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>MIKAELA CUEVAS,<br><br>　　　　　　Defendant | Case No. 2:22-cr-00286-CDS-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, that the Revocation Hearing currently scheduled on January 30, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than two weeks (2) weeks.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Ms. Cuevas is currently being hospitalized with surgery as a possibility. The defense will need an additional two weeks for Ms. Cuevas to recover and attend the change of plea.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 30th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Kimberly Frayn*<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>MIKAELA CUEVAS,<br><br>    Defendant | Case No. 2:22-cr-00286-CDS-BNW<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, January 30, 2023 at 10:00 a.m., be vacated and continued to February 23, 2023 at the hour of 10:30 a.m.; or to a time and date convenient to the court in courtroom 6B.

   DATED this 30th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

3