RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
State Bar No. 15581
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Mikaela Cuevas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff<br><br>v.<br><br>MIKAELA MARIE CUEVAS,<br><br>     Defendant | Case No. 2:22-cr-00286-CDS-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO VACATE STATUS CHECK** |

In compliance with this Court's minute order ECF No. 14, Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Mikaela Cuevas, files this Status Report and request to continue status hearing currently set for April 25, 2023, at 10am.

1. On March 30, 2023, the parties came before the Court on a status conference to correct information on Ms. Cuevas' PR bond. At that hearing, the government informed the Court as to Ms. Cuevas new violation for driving without a driver's license.

2. Ms. Cuevas informed the Court she has an appointment to obtain her driver's license. The Court set a status conference to confirm Ms. Cuevas received her driver's license

and informed Ms. Cuevas that should she receive her license before the scheduled status conference, she could file a notice providing the driver's license in order to vacate the hearing.

3. Ms. Cuevas has obtained her driver's license as of April 17, 2023.[1]

4. Therefore, the parties respectfully request this Court vacate the status conference set for April 25, 2023 at 10:00 a.m.

DATED: April 20, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kebede<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ Kimberly Frayn<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

---

[1] *See* Exhibit A, Ms. Cuevas' temporary driver's license.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>MIKAELA CUEVAS,<br><br>　　　　　Defendant | Case No. 2:22-cr-00286-CDS-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the status conference currently scheduled for Tuesday, April 25, 2023, at 10:00 a.m., is vacated.

　　　DATED: April 21, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3