UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00286-CDS-BNW |
|---|---|
| Plaintiff | **Order Approving Stipulation to Continue Hearing re Revocation of Supervised Release** |
| v. | |
| MIKAELA MARIE CUEVAS, | [ECF No. 57] |
| Defendant | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for November 25, 2024 at 10:30 a.m., is vacated and continued to December 16, 2024 at 10:00 a.m. in LV Courtroom 6B.

Dated: November 22, 2024

_____
UNITED STATES DISTRICT JUDGE